NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TINA ZAFFUTO, as Personal
Representative of the Estate of
ROBERT T. ZAFFUTO,

       Appellant,

v.                                                             Case No. 2D17-3773

ST. JOSEPH'S HOSPITIAL, INC.,

       Appellee.

_____

Opinion filed November 7, 2018.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Ralph L. Gonzalez and C. Steven Yerrid
of The Yerrid Law Firm, Tampa, for
Appellant.

Jason M. Azzarone, Barbara Chapman,
and Louis J. La Cava of La Cava &
Jacobson, Tampa, for Appellee.


PER CURIAM.


      Affirmed.


MORRIS, SALARIO, and ATKINSON, JJ., Concur.